IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| DENNIS PAUL NEAL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO. 3:12-0938 |
| | ) | JUDGE CAMPBELL/KNOWLES |
| | ) | |
| MELISSA FOSTER, L.P.N., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## REPORT AND RECOMMENDATION

On November 9, 2012, the undersigned entered an Order granting Defendants' Motion for Extension of Time. Docket No. 15. A copy of that Order was sent to the pro se Plaintiff at the Davidson County Sheriff's Office, the address provided in material he filed with his Complaint. The referenced Order, however, was returned to the Clerk's Office with the notation on the envelope, "Released 10/6/12." Docket No. 20. Additionally, the "Tennessee Felony Offender Information Lookup" website shows that the supervision status for Dennis Paul Neal, TOMIS ID #286899 is, "Probation." *See https://apps.tn.gov/foil/results.jsp*, accessed November 21, 2012.

Judge Campbell previously entered an Order in this action that states in relevant part, "[Plaintiff] is also forewarned that his prosecution of this action will be jeopardized if he fails to keep the Clerk's Office informed of his current address." Docket No. 4, p. 2.

It is apparent that Plaintiff has not kept the Clerk's Office informed of his current

address.

For the foregoing reasons, the undersigned recommends that this action be DISMISSED.

Under Rule 72(b) of the Federal Rules of Civil Procedure, any party has fourteen (14) days after service of this Report and Recommendation in which to file any written objections to this Recommendation with the District Court. Any party opposing said objections shall have fourteen (14) days after service of any objections filed to this Report in which to file any response to said objections. Failure to file specific objections within fourteen (14) days of service of this Report and Recommendation can constitute a waiver of further appeal of this Recommendation. *See Thomas v. Arn,* 474 U.S. 140, 106 S.Ct. 466, 88 L. Ed. 2d 435 (1985), *reh'g denied*, 474 U.S. 1111 (1986); 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72.

E. Clifton Knowles
United States Magistrate Judge